# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN MACMILLAN & KATHY J. MACMILLAN  
3404 REVERE LANE  
ISLAND LAKE, IL 60042  

SSN-xxx-xx-9461 & xxx-xx-7379

Case Number: 04-73166

Case filed on: 6/21/2004  
Plan Confirmed on: 10/29/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $25,031.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY P WHITE | 3,281.50 | 3,281.50 | 3,281.50 | 0.00 |
|  | Total Legal | 3,281.50 | 3,281.50 | 3,281.50 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BASS & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DAN V FOLLMER DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECHELON RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 203 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 21.54 | 21.54 | 21.54 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 11,078.02 | 11,078.02 | 11,078.02 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 11,099.56 | 11,099.56 | 11,099.56 | 0.00 |
| 028 | JOHN MACMILLAN | 0.00 | 0.00 | 540.00 | 0.00 |
| 999 | JOHN MACMILLAN | 0.00 | 0.00 | 2,800.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,340.00 | 0.00 |
| 001 | FIRST NATIONAL BANK OF MCHENRY | 122,000.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST NATIONAL BANK OF MCHENRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 9,360.61 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 131,360.61 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 25.00 | 2.50 | 2.17 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 4,896.67 | 489.67 | 424.79 | 0.00 |
| 008 | B-FIRST LLC | 3,835.10 | 383.51 | 332.70 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 3,208.67 | 320.87 | 278.35 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 9,801.02 | 980.10 | 850.24 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 5,722.04 | 572.20 | 496.39 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 15,325.07 | 1,532.51 | 1,329.46 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 6,221.84 | 622.18 | 539.74 | 0.00 |
| 018 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JAMES A. WEST PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS BANKRUPTCY SERVICE | 2,527.33 | 252.73 | 219.24 | 0.00 |
| 021 | MAGES AND PRICE | 663.26 | 66.33 | 57.55 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 6,115.41 | 611.54 | 530.51 | 0.00 |
| 023 | ECAST SETTLEMENT CORP. | 4,365.36 | 436.54 | 378.70 | 0.00 |
| 025 | RETAILERS NATIONAL BANK | 5,803.09 | 580.31 | 503.40 | 0.00 |
| 026 | WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 68,509.86 | 6,850.99 | 5,943.24 | 0.00 |
|  | Grand Total: | 214,251.53 | 21,232.05 | 23,664.30 | 0.00 |

Total Paid Claimant:     $23,664.30  
Trustee Allowance:       $1,366.70  
Percent Paid Unsecured:  86.75

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan